IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 1:09CV204 |
| v. | ) | |
| | ) | |
| $447,815.00 IN U. S. CURRENCY, | ) | |
| Defendant, | ) | |
| | ) | |
| AVON CARROLL, | ) | |
| Claimant. | ) | |

O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on July 26, 2011, was served on the parties in this action. The Claimant filed objections to the Recommendation.

The Court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The Court **ADOPTS** the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that the Government's motion to strike the claim and answer of Avon Carroll [Docket No. 38] is **GRANTED** and that Claimant's motion for judgment on the pleadings [Docket No. 17] is **DENIED**.

This the 2nd day of September, 2011.

UNITED STATES DISTRICT JUDGE